```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/20/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

7GROUP, LLC,

                Plaintiff,

-against-

MT HAWLEY INSURANCE COMPANY,

                Defendant.

23-cv-6656 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    The Order of Reference entered at ECF No. 27 is HEREBY VACATED.

**SO ORDERED.**

Date:  **November 20, 2023**
       **New York, NY**

                                  **MARY KAY VYSKOCIL**
                                  **United States District Judge**