UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

7GROUP, LLC,

                Plaintiff,

-against-

MT HAWLEY INSURANCE COMPANY,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/30/2024
```

23-cv-6656 (MKV)

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

    The Court is in receipt of letters from the parties informing the Court that the parties have reached a settlement in principle [ECF Nos. 31, 32]. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to either party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by February 29, 2024. If no such application is made by that date, today's dismissal is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

Date: **January 30, 2024**
      New York, NY

*[signature: Mary Kay Vyskocil]*

**MARY KAY VYSKOCIL**
**United States District Judge**